## Commonwealth *v.* Bell, Appellant.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis Shunk Brown, III,* for appellant.

*James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 29, 1968:

Allocatur is granted, the Order of the Superior Court is reversed, the Order of the Court of Quarter Sessions of Philadelphia County is vacated and the case is remanded to the Court of Quarter Sessions of Philadelphia County for further proceedings in accordance with the views expressed in the dissenting opinion of Judge SPAULDING in *Commonwealth v. Bell*, 213 Pa. Superior Ct. 59, at 60-63 (1968).